IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-80-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KATIE LYNN BIG BOW, | |
| Defendant. | |

Pending before the Court is the motion of the United States to appear telephonically for the sentencing hearing. For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the sentencing hearing set on May 5, 2020. The United States shall make arrangements with the Court Clerk's staff.

DATED this 4th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1